# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Case No. 2:01CR10026 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| | ) | |
| **JERRY WAYNE ROBINSON**, | ) | By:  James P. Jones |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

For the reasons set forth in the Opinion accompanying this Order, it is

**ORDERED** that the government's Motion to Dismiss is GRANTED and the Motion

to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255 is

DENIED.

ENTER: June 12, 2009

/s/ JAMES P. JONES
Chief United States District Judge